**Order entered May 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01562-CV

## QUICK CHANGE ARTIST, LLC, Appellant

### V.

## IRIS T. ACCESSORIES, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14118**

## ORDER

Before the Court is appellant's May 24, 2015 second motion to extend the time to file a brief. Appellant timely tendered a brief on May 22, 2015. The Court notified appellant by postcard that the brief has not been filed because appellant's counsel has not been admitted pro hac vice with this Court.

Accordingly, we **GRANT** appellant's motion as follows: We **ORDER** counsel for appellant to file, by **JUNE 15, 2015**, a motion for admission pro hac vice that complies with Rule XIX of the Rules Governing Admission to the Bar. Once the Court receives and rules on the motion for admission pro hac vice, the Court will make further orders regarding appellant's brief.

/s/    ELIZABETH LANG-MIERS
         JUSTICE